IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES M. WOMBLE,
        Petitioner,
    v.                                          **Judgment in a Civil Case**
JOSEPH B. HALL,
        Respondent.                     Case Number: 5:11-HC-2071-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on January 27, 2012, with service on:
James M. Womble 0785794, Johnston Correctional Center, 2465 U.S. 70 West, Smithfield, NC 27577 (via U.S. Mail)
Mary Carla Hollis (via CM/ECF Notice of Electronic Filing)


January 27, 2012                                         /s/ Dennis P. Iavarone
                                                                   Clerk

Raleigh, North Carolina